UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | No. 1:23-cr-64 |
| v. | ) | JUDGES Atchley/Lee |
| ERIC LEE BAGLEY | ) | |

## CERTIFICATION

The United States of America, by and through Assistant United States Attorney James T. Brooks, certifies that the instant prosecution ☐ was ☒ was not a matter or case pending in the United States Attorney's Office for the Eastern District of Tennessee, on or before December 21, 2020.

                                              FRANCIS M. HAMILTON III
                                              United States Attorney

By:    s/James T. Brooks
          JAMES T. BROOKS, BPR #021822
          Assistant United States Attorney
          1110 Market Street, Suite 515
          Chattanooga, Tennessee 37402
          (423) 752-5140
          james.brooks@usdoj.gov