Revised 3/30/21

# CRIMINAL CASE COVER SHEET

By: ☑INDICTMENT ☐SUPERSEDING Case Number: 1:23-cr-64
☐INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐RULE 20

USA v. ERIC LEE BAGLEY

☑Felony ☐Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐Misdemeanor *(Not class A)* ☐Petty Offense

Immigration Cases

☐Defendant is being added to existing criminal case ☐Zone A ☐Zone B
☐Charges/Counts Added

Name of Assigned AUSA: James T. Brooks

Matter Sealed: ☐YES ☑NO Place of Offense: McMinn County

☐Interpreter Required Language: _____

Issue: ☐WARRANT ☐SUMMONS ☑WRIT (Motion to be filed)

Arresting Agency: ☐DEA ☐ATF ☐USMS ☑FBI ☐Other: _____

Current Trial Date (if any): _____ before Judge _____

☐Criminal Complaint Filed Case Number: _____

☐Defendant on Supervised Release Case Number: _____

Related Case/Attorney:

Case Number _____ Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

☐Federal Defender ☐CJA ☐Retained

Appointed by Target Letter Case Number: _____
Appointed in Pending Indictment Case Number: _____

CHARGES: Total # of Counts for this Defendant 4 _____

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2241(c) | Aggravated Sexual Abuse with Children | Y | | |
| | | | | | |
| | | | | | |

(Attach additional page, if needed)

Attorney Signature _____

# CRIMINAL CASE COVER SHEET

Case Number _____

USA v. ERIC LEE BAGLEY _____

## (Continued from Page 1)

|  | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| Set 2 | 18 U.S.C. §§ 2251(a) and (e) | Sexual Exploitation of Children | Y |  |  |
|  |  | for purpose of producing visual depiction |  |  |  |
|  |  |  |  |  |  |
| Set 3 | 18 U.S.C. § 2252(a)(2) | Receive, distribute visual depiction | Y |  |  |
|  |  | involving sexual exploit of minor |  |  |  |
|  |  |  |  |  |  |
| Set 4 | 18 U.S.C. § 48(a)(3) | Depiction of Animal Cruelty | Y |  |  |
|  |  |  |  |  |  |